**No. 68937.**—Reliance International Mfg., Ltd., and Rosenel International Corp. *v.* United States, protests 64/13211 and 64/15874 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of plastic feeders and fountains similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiffs was sustained.